Greg Harold Greubel
  (NJ Bar No. 171622015)
James C. Grant*
  (WA Bar No. 14358)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
jim.grant@thefire.org

Daniel A. Zahn*
  (D.C. Bar No. 90027403)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
daniel.zahn@thefire.org

*Pro hac vice motions pending

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GAIL NAZARENE**, <br><br> *Plaintiff*, <br><br> v. <br><br> **KEVIN DEHMER**, <br> as New Jersey Department of Education Commissioner; <br> **ROBERT W. BENDER**, <br> as New Jersey School Ethics Commission Chairperson; <br> **MICHAEL CARUCCI**, <br> **MARK J. FINKELSTEIN**, <br> **DENNIS ROBERTS**, <br> **CAROL E. SABO**, and <br> **RICHARD TOMKO**, <br> as New Jersey School Ethics Commission members, <br><br> *Defendants*. | Civil Action No. 1:25-cv-17770 <br><br><br> **NOTICE OF MOTION FOR ADMISSION PRO HAC VICE OF DANIEL A. ZAHN** |

**PLEASE TAKE NOTICE** that the undersigned counsel for Plaintiff will move before this Court on December 15, 2025, or as soon thereafter as counsel may be heard, for an order pursuant to Local Civil Rule 101.1(c), admitting Daniel A. Zahn as counsel pro hac vice in the above-captioned matter;

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the undersigned relies upon the certifications of Greg Harold Greubel and Daniel A. Zahn, as well as the attached certificate of good standing. A proposed order is attached.

Dated: November 20, 2025          Respectfully submitted,

/s/ *Greg Harold Greubel*

Greg Harold Greubel                      Daniel A. Zahn*
   (NJ Bar No. 171622015)                   (D.C. Bar No. 90027403)
James C. Grant*                          FOUNDATION FOR INDIVIDUAL
   (WA Bar No. 14358)                        RIGHTS AND EXPRESSION
FOUNDATION FOR INDIVIDUAL                 700 Pennsylvania Ave. SE, Ste. 340
   RIGHTS AND EXPRESSION                  Washington, DC 20003
510 Walnut St., Ste. 900                 (215) 717-3473
Philadelphia, PA 19106                   daniel.zahn@thefire.org
(215) 717-3473
greg.greubel@thefire.org
jim.grant@thefire.org                    *Pro hac vice motions pending

*Counsel for Plaintiff*