Greg Harold Greubel
  (NJ Bar No. 171622015)
James C. Grant*
  (WA Bar No. 14358)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
jim.grant@thefire.org

Daniel A. Zahn*
  (D.C. Bar No. 90027403)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
daniel.zahn@thefire.org

*Pro hac vice motions pending

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**GAIL NAZARENE**,

     *Plaintiff,*

  v.

**KEVIN DEHMER**,
as New Jersey Department of
Education Commissioner;

**ROBERT W. BENDER**,
as New Jersey School Ethics
Commission Chairperson;

**MICHAEL CARUCCI**,
**MARK J. FINKELSTEIN**,
**DENNIS ROBERTS**,
**CAROL E. SABO**, and
**RICHARD TOMKO**,
as New Jersey School Ethics
Commission members,

     *Defendants.*

Civil Action No. 1:25-cv-17770

**CERTIFICATION OF
GREG HAROLD GREUBEL
IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC
VICE OF DANIEL A. ZAHN**

I, Greg Harold Greubel, of full age, certify as follows:

1.    I am an attorney at the Foundation for Individual Rights and Expression, located at 510 Walnut Street, Suite 900, Philadelphia, PA 19106. I am available for contact there by mail, at (215) 717-3473, or at greg.greubel@thefire.org.

2.    I am admitted to practice and am a member in good standing of the Bar of the State of New Jersey (Attorney ID No. 171622015, admitted 11/10/2015).

3.    There are no disciplinary proceedings pending against me, and no discipline has previously been imposed upon me in any court or jurisdiction.

4.    I am fully familiar with the facts and circumstances surrounding the above-captioned matter. I make this certification in support of the application for the admission of Daniel A. Zahn as counsel pro hac vice for the purpose of representing Plaintiff in this action. His certification is attached.

5.    Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another attorney associated with Plaintiff who is a

2

member of the Bar of this Court. Said attorney(s) and I shall be responsible for the conduct of Mr. Zahn, should he be admitted by this Court.

6.    Accordingly, the undersigned respectfully requests that Plaintiff's Motion for Admission Pro Hac Vice of Daniel A. Zahn be granted.

Dated: November 20, 2025                Respectfully submitted,

/s/ *Greg Harold Greubel*
Greg Harold Greubel
   (NJ Bar No. 171622015)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org

*Counsel for Plaintiff*