Greg Harold Greubel
  (NJ Bar No. 171622015)
James C. Grant*
  (WA Bar No. 14358)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
jim.grant@thefire.org

Daniel A. Zahn*
  (D.C. Bar No. 90027403)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
daniel.zahn@thefire.org

*Pro hac vice motions pending

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**GAIL NAZARENE**,

      *Plaintiff,*

  v.

**KEVIN DEHMER**,
as New Jersey Department of
Education Commissioner;

**ROBERT W. BENDER**,
as New Jersey School Ethics
Commission Chairperson;

**MICHAEL CARUCCI**,
**MARK J. FINKELSTEIN**,
**DENNIS ROBERTS**,
**CAROL E. SABO**, and
**RICHARD TOMKO**,
as New Jersey School Ethics
Commission members,

      *Defendants.*

Civil Action No. 1:25-cv-17770

**CERTIFICATION OF
DANIEL A. ZAHN IN
SUPPORT OF MOTION FOR
ADMISSION PRO HAC VICE**

Pursuant to Local Civil Rule 101.1 of the United States District Court for the District of New Jersey, I, Daniel A. Zahn, certify as follows:

1. I am an attorney at the Foundation for Individual Rights and Expression, located at 700 Pennsylvania Avenue Southeast, Suite 340, Washington, DC 20003. I am available for contact there by mail, at (215) 717-3473, or at daniel.zahn@thefire.org.

2. I am admitted to practice and am a member in good standing of the District of Columbia Bar (No. 90027403, admitted 11/20/2024). Attached hereto is a true and correct copy of a certificate of good standing.

3. There are no disciplinary proceedings pending against me, and no discipline has previously been imposed upon me in any court or jurisdiction.

4. Upon the granting of this motion, I will make a payment to the Clerk for the admissions fee and the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a).

5. I am familiar with and will comply with the Local Rules of this Court.

Dated: November 20, 2025          Respectfully submitted,

/s/ *Daniel A. Zahn*
Daniel A. Zahn*
  (DC Bar No. 90027403)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
daniel.zahn@thefire.org

*Pro hac vice motion pending

*Counsel for Plaintiff*

3