# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GAIL NAZARENE**, <br><br>       *Plaintiff,* <br><br>   v. <br><br> **KEVIN DEHMER**, <br> as New Jersey Department of Education Commissioner; <br><br> **ROBERT W. BENDER**, <br> as New Jersey School Ethics Commission Chairperson; <br><br> **MICHAEL CARUCCI**, <br> **MARK J. FINKELSTEIN**, <br> **DENNIS ROBERTS**, <br> **CAROL E. SABO**, and <br> **RICHARD TOMKO**, <br> as New Jersey School Ethics Commission members, <br><br>       *Defendants.* | Civil Action No. 1:25-cv-17770 <br><br><br> **[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF DANIEL A. ZAHN** |

This matter having come before the Court on the application of Daniel A. Zahn to appear pro hac vice on behalf of Plaintiff, pursuant to Local Civil Rule 101.1(c), and for good cause shown,

**IT IS HEREBY ORDERED**:

1.  Daniel A. Zahn, of the Foundation for Individual Rights and Expression, is hereby granted admission pro hac vice to appear in this matter on behalf of Plaintiff in the same manner as attorneys authorized to practice law in this State; and it is further

2.  **ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by Greg Harold Greubel, counsel of record for Plaintiff, or by such other attorney who may appear as counsel of record for Plaintiff, who shall be responsible for the submission of the case and the attorneys admitted hereby; and it is further

3.  **ORDERED** that, in accordance with Local Civil Rule 101.1(c)(2), Daniel A. Zahn shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection; and it is further

4.  **ORDERED** that, in accordance with Local Civil Rule 101.1(c)(3), Daniel A. Zahn shall pay $250.00 to the Clerk of the United

States District Court for the District of New Jersey for admission pro hac vice; and it is further

5.    **ORDERED** that Daniel A. Zahn shall be bound by the Rules of the United States District Court for the District of New Jersey, including all disciplinary rules.

This order is effective immediately.

Dated: _____                _____
                                        Hon.