Greg Harold Greubel
  (NJ Bar No. 171622015)
James C. Grant*
  (WA Bar No. 14358)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
jim.grant@thefire.org

Daniel A. Zahn*
  (D.C. Bar No. 90027403)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
daniel.zahn@thefire.org

*Pro hac vice motions pending

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**GAIL NAZARENE**,

*Plaintiff,*

v.

**KEVIN DEHMER**,
as New Jersey Department of
Education Commissioner;

**ROBERT W. BENDER**,
as New Jersey School Ethics
Commission Chairperson;

**MICHAEL CARUCCI**,
**MARK J. FINKELSTEIN**,
**DENNIS ROBERTS**,
**CAROL E. SABO**, and
**RICHARD TOMKO**,
as New Jersey School Ethics
Commission members,

*Defendants.*

Civil Action No. 1:25-cv-17770

**DECLARATION OF
SERVICE**

I hereby declare that on November 20, 2025, I engaged a process server to serve the following documents on the above-named defendants at their office address:

(1) Notice of Motion for Admission Pro Hac Vice of Daniel A. Zahn;

(2) Certification of Greg Harold Greubel;

(3) Certification of Daniel A. Zahn;

(4) Certificate of Good Standing; and

(5) Proposed Order.

The above documents are also available through the Court's ECF system.

Dated: November 20, 2025                    Respectfully submitted,


/s/ *Greg Harold Greubel*

Greg Harold Greubel                         Daniel A. Zahn*
  (NJ Bar No. 171622015)                      (D.C. Bar No. 90027403)
James C. Grant*                             FOUNDATION FOR INDIVIDUAL
  (WA Bar No. 14358)                          RIGHTS AND EXPRESSION
FOUNDATION FOR INDIVIDUAL                    700 Pennsylvania Ave. SE, Ste. 340
  RIGHTS AND EXPRESSION                      Washington, DC 20003
510 Walnut St., Ste. 900                    (215) 717-3473
Philadelphia, PA 19106                      daniel.zahn@thefire.org
(215) 717-3473
greg.greubel@thefire.org
jim.grant@thefire.org                       *Pro hac vice motions pending

*Counsel for Plaintiff*

2