| | |
|---|---|
| Greg Harold Greubel<br>   (NJ Bar No. 171622015)<br>James C. Grant*<br>   (WA Bar No. 14358)<br>FOUNDATION FOR INDIVIDUAL<br>   RIGHTS AND EXPRESSION<br>510 Walnut St., Ste. 900<br>Philadelphia, PA 19106<br>(215) 717-3473<br>greg.greubel@thefire.org<br>jim.grant@thefire.org | Daniel A. Zahn*<br>   (DC Bar No. 90027403)<br>FOUNDATION FOR INDIVIDUAL<br>   RIGHTS AND EXPRESSION<br>700 Pennsylvania Ave. SE, Ste. 340<br>Washington, DC 20003<br>(215) 717-3473<br>daniel.zahn@thefire.org<br><br>*Pro hac vice motions pending |

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GAIL NAZARENE**,<br><br>      *Plaintiff*,<br><br>  v.<br><br>**KEVIN DEHMER**,<br>as New Jersey Department of Education Commissioner;<br><br>**ROBERT W. BENDER**,<br>as New Jersey School Ethics Commission Chairperson;<br><br>**MICHAEL CARUCCI**,<br>**MARK J. FINKELSTEIN**,<br>**DENNIS ROBERTS**,<br>**CAROL E. SABO**, and<br>**RICHARD TOMKO**,<br>as New Jersey School Ethics Commission members,<br><br>      *Defendants.* | Civil Action No. 1:25-cv-17770<br><br><br>**NOTICE OF PLAINTIFF'S PRELIMINARY INJUNCTION MOTION**<br><br><br>Motion day: December 15, 2025<br><br>Oral argument requested |

1

**PLEASE TAKE NOTICE** that Plaintiff Gail Nazarene, through the undersigned counsel, will move before this Court on December 15, 2025, or as soon thereafter as counsel may be heard, for an Order:

A. Enjoining New Jersey Education Commissioner Kevin Dehmer; New Jersey School Ethics Commission Chairperson Robert W. Bender; New Jersey School Ethics Commission members Michael Carucci, Mark J. Finkelstein, Dennis Roberts, Carol E. Sabo, and Richard Tomko; and their agents, officials, servants, employees, and persons acting in concert with them from enforcing the New Jersey School Ethics Act to prevent Nazarene from speaking about matters of public concern in any medium pending a final judgment;

B. Waiving any requirement to post bond or security under Federal Rule of Civil Procedure 65(c); and

C. Granting such further relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion herein, the undersigned attorneys will rely upon the accompanying brief; the Verified Civil Rights Complaint and its exhibits, *see* Dkt. Nos. 1, 1-1, 1-2, 1-3, 1-4, 1-5; all pleadings and papers filed in this action; and such additional papers and arguments as may be presented.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff requests oral argument on this motion.

A proposed order is enclosed.

Dated: November 20, 2025    Respectfully submitted,

/s/ *Greg Harold Greubel*    /s/ *Daniel A. Zahn*
Greg Harold Greubel    Daniel A. Zahn*
  (NJ Bar No. 171622015)      (DC Bar No. 90027403)
James C. Grant*    FOUNDATION FOR INDIVIDUAL
  (WA Bar No. 14358)      RIGHTS AND EXPRESSION
FOUNDATION FOR INDIVIDUAL    700 Pennsylvania Ave. SE, Ste. 340
  RIGHTS AND EXPRESSION    Washington, DC 20003
510 Walnut St., Ste. 900    (215) 717-3473
Philadelphia, PA 19106    daniel.zahn@thefire.org
(215) 717-3473
greg.greubel@thefire.org
jim.grant@thefire.org    *Pro hac vice motions pending

*Counsel for Plaintiff*

3