# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GAIL NAZARENE**, <br><br> *Plaintiff,* <br><br> v. <br><br> **KEVIN DEHMER**, as New Jersey Department of Education Commissioner; <br><br> **ROBERT W. BENDER**, as New Jersey School Ethics Commission Chairperson; <br><br> **MICHAEL CARUCCI**, **MARK J. FINKELSTEIN**, **DENNIS ROBERTS**, **CAROL E. SABO**, and **RICHARD TOMKO**, as New Jersey School Ethics Commission members, <br><br> *Defendants.* | Civil Action No. 1:25-cv-17770 <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S PRELIMINARY INJUNCTION MOTION** |

This matter having come before the Court on Plaintiff's Preliminary Injunction Motion, and the Court having reviewed the Motion, the accompanying brief, the Verified Civil Rights Complaint, its exhibits, and for good cause shown,

**IT IS** on this _____ day of _____, 2025,

**ORDERED** that:

A.   Defendants New Jersey Education Commissioner Kevin Dehmer; New Jersey School Ethics Commission Chairperson Robert W. Bender; New Jersey School Ethics Commission members Michael Carucci, Mark J. Finkelstein, Dennis Roberts, Carol E. Sabo, and Richard Tomko; and their agents, officials, servants, employees, and persons acting in concert with them are enjoined from enforcing the New Jersey School Ethics Act to prevent Plaintiff Gail Nazarene from speaking about matters of public concern in any medium pending a final judgment; and

B.   Plaintiff is not required to post bond or security under Federal Rule of Civil Procedure 65(c).

BY THE COURT:

_____
Hon.