# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**GAIL NAZARENE,**
*Plaintiff*

V.    **SUMMONS IN A CIVIL CASE**

**KEVIN DEHMER, ET AL.,**
*Defendant*

CASE
NUMBER: **1:25–CV–17770–CPO–MJS**

TO: *(Name and address of Defendant):*

KEVIN DEHMER, as New Jersey Department of Education Commissioner
New Jersey Department of Education
Judge Robert L. Carter Building
100 River View Plaza
P.O. Box 500
Trenton, NJ 08625-0500
(609) 292-4469

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

Greg Harold Greubel
Foundation for Individual Rights and Expression
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**/s Melissa E. Rhoads**
**Clerk of Court**



**ISSUED ON 2025–11–20 12:02:49**, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE November 21, 2025 |
|---|---|
| NAME OF SERVER *(PRINT)* Mary Katherine Parker | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____ ; or
_____

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date):_____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: _____ ; or

☐ Returned unexecuted: _____
_____
_____ ; or

☒ Other (specify):
Emailed on November 20th to NJAG.ElectronicService.CivilMatters@law.njoag.gov, pursuant to the New Jersey Supreme Court's April 7, 2020, order permitting electronic service of process on the State of New Jersey. Acceptance confirmed on November 21st.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *11-21-2025*
Date

*Signature of Server*
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
*Address of Server*