

November 26, 2025

<u>Via ECF</u>
ATTN Haley Minix, Deputy Clerk
Hon. Christine P. O'Hearn
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 6050
Camden, NJ 08101

Re:     *Nazarene v. Dehmer, et al.* (No. 1:25-cv-17770)

Dear Judge O'Hearn:

    I write to submit this joint letter regarding the Defendants' request for an adjournment of Ms. Nazarene's preliminary injunction motion. After several communications between the parties, we have come to an agreement regarding the state's application of the School Ethics Act while Ms. Nazarene's preliminary injunction motion is pending. Specifically, the parties agree that, until the pending motion for preliminary injunction is decided, Defendants will take no action (other than to move a matter into abeyance pursuant to N.J.S.A. § 18A:12-32, on any matters initiated under the School Ethics Act) and will impose no sanctions against Gail Nazarene for speech about matters of public concern on any social media or internet platform.

    Based on this agreement, Ms. Nazarene consents to Defendants' request for an adjournment. To avoid the Thanksgiving and December holidays, the parties have agreed to request an adjournment to January 20, 2026, with the opposition papers due January 6, 2026, and the reply papers due January 13, 2026.

    Thank you for Your Honor's time and attention to this letter.

Dated: November 26, 2025

Respectfully submitted,

/s/ *Greg Harold Greubel*
Greg Harold Greubel
   (NJ Bar No. 171622015)
James C. Grant*
   (WA Bar No. 14358)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
jim.grant@thefire.org

Daniel A. Zahn*
   (DC Bar No. 90027403)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
daniel.zahn@thefire.org

*Admitted pro hac vice

*Counsel for Plaintiff*

CC: All Counsel of Record via ECF