

**State of New Jersey**

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>P.O. BOX 112<br>TRENTON, N.J. 08625-0112 | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* | | MICHAEL C. WALTERS<br>*Director* |

December 11, 2025

**VIA ELECTRONIC FILING**
Hon. Christine P. O'Hearn, U.S.D.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 6050
Camden, NJ 08101

    Re:    <u>Nazarene v. Dehmer, et al.</u>
            No. 1:25-cv-17770

Dear Judge O'Hearn:

    This office represents Defendants New Jersey Department of Education Commissioner Kevin Dehmer ("Commissioner Dehmer"), New Jersey School Ethics Commission Chairperson Robert W. Bender ("Chairperson Bender"), and New Jersey School Ethics Commission ("SEC") members Michael Carucci, Mark J. Finkelstein, Dennis Roberts, Carol E. Sabo, and Richard Tomko (collectively, "Defendants") in the above-referenced matter. Pursuant to Local Civil Rule 7.1(d)(5) and Section VIII of Your Honor's Judicial Preferences, Defendants write to respectfully request an adjournment of Defendants' deadlines to respond to Plaintiff Gail Nazarene's complaint until after her pending preliminary injunction motion is decided. After discussing this request with Plaintiff's counsel, they did not consent to this request. Therefore, Defendants also respectfully request a conference call to discuss this request.

    On November 20, 2025, Plaintiff simultaneously filed a complaint and a motion for preliminary injunction as against the Defendants. (<u>See</u> ECF Nos. 1, 4). On December 10, 2025, Defendants filed an application and proposed order for Clerk's order to extend time to answer, move, or otherwise reply pursuant to Local Civil Rule 6.1(b). (ECF No. 23). The following day, that order was




HUGHES JUSTICE COMPLEX · TELEPHONE: (609) 376-3100 · FAX: (609) 943-5853
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*

granted, extending all Defendants response dates by 14 days, reflected as follows: Plaintiff served process upon Commissioner Dehmer on November 21, 2025, and his deadline to respond is currently December 26, 2025. (See ECF No. 6). Next, Plaintiff served process upon Chairperson Bender and SEC members Michael Carucci and Carol E. Sabo on November 25, 2025, and their deadline to respond is currently December 30, 2025. (See ECF Nos. 14-15, 18). Finally, Plaintiff served process upon SEC members Mark J. Finkelstein, Dennis Roberts, and Richard Tomko on November 26, 2025, and their deadline to respond is currently December 31, 2025. (See ECF Nos. 16-17, 19).

On December 1, 2025, Your Honor granted the parties' joint request to adjourn the preliminary injunction motion briefing to the January 20, 2026 motion day. (See ECF No. 21). The outcome of the pending motion will directly influence how Defendants will proceed in the matter going forward, including how they will respond to the complaint. Additionally, the parties could benefit from having additional time to discuss a potential settlement of this matter without the need to answer or otherwise respond. Therefore, Defendants respectfully request a stay of their response deadlines until after the pending motion has been decided, as well as a conference call with Your Honor and Plaintiff's counsel to discuss these issues further.

Thank you for Your Honor's time and consideration of this request.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:   */s/ Luke D. Hertzel-Lagonikos*
Luke D. Hertzel-Lagonikos
Deputy Attorney General
Luke.Hertzel-Lagonikos@law.njoag.gov

cc: All Counsel of Record (via electronic filing)