

**State of New Jersey**

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
P.O. BOX 112
TRENTON, N.J. 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Director*

December 18, 2025

**<u>VIA ELECTRONIC FILING</u>**
Hon. Christine P. O'Hearn, U.S.D.J.
United States District Court, District of New Jersey
ATTN: Haley Minix, Deputy Clerk
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 6050
Camden, NJ 08101

    Re:   <u>Nazarene v. Dehmer, et al.</u>
             No. 1:25-cv-17770

Dear Judge O'Hearn:

      This office represents Defendants New Jersey Department of Education Commissioner Kevin Dehmer, New Jersey School Ethics Commission Chairperson Robert W. Bender, and New Jersey School Ethics Commission members Michael Carucci, Mark J. Finkelstein, Dennis Roberts, Carol E. Sabo, and Richard Tomko (collectively, "Defendants") in the above-referenced matter. Pursuant to Your Honor's Order today, the parties have met and conferred on "a reasonable schedule, in light of the pending preliminary injunction proceedings, for Defendants to answer or otherwise move with respect to the Plaintiff's Complaint[,]" and write jointly to provide the status of those discussions. (*See* ECF No. 27). The parties were unable to come to a mutual agreement, but each summarize their position as follows:

- **<u>Defendants' Position</u>** – Defendants propose to consolidate their response deadlines to a single deadline, and to setting that deadline as 30 days from the date of the decision on the pending motion for preliminary injunction.




- **Plaintiff's Position** – Plaintiff's counsel indicated they were willing to extend the deadline for Defendants to answer the Complaint to January 13, 2026, which would allow pleadings in the case to be joined in advance of the January 20, 2026, motion day set for the Preliminary Injunction Motion. Defendants' counsel declined this offer, as they would not commit that Defendants will answer rather than responding to the Complaint by way of a motion of under Fed. R. Civ. P. 12(b). Plaintiff's counsel then suggested that if Defendants intend to bring a Rule 12(b) motion, the parties should discuss a schedule to have any such motion fully briefed by the January 20 motion day, so the Court would have all substantive initial motions before it at one time. Defendants' counsel rejected this proposal. Plaintiff's counsel also indicated they would be willing to discuss a schedule to have any Rule 12(b) motion Defendants decided to bring fully briefed and presented to the Court for its February 2, 2026, motion day, while pushing back the Preliminary Injunction Motion to that date as well

We look forward to discussing this matter further during tomorrow's conference call. Thank you for Your Honor's time and consideration.

        Respectfully submitted,

        MATTHEW J. PLATKIN
        ATTORNEY GENERAL OF NEW JERSEY

By:   */s/ Vijayasri G. Aryama*
      Vijayasri G. Aryama
      Deputy Attorney General
      vijayasri.aryama@law.njoag.gov

cc: All Counsel of Record (via electronic filing)