MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex, P.O. Box 080
Trenton, New Jersey 08625
(609) 376-3100
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GAIL NAZARENE<br><br>Plaintiff,<br><br>v.<br><br>KEVIN DEHMER, as New Jersey Department of Education Commissioner; ROBERT W. BENDER, as New Jersey School Ethics Commission Chairperson; MICHAL CARUCCI, MARK J. FINKELSTEIN, DENNIS ROBERTS, CAROL E. SABO, and RICHARD TOMKO, as New Jersey School Ethics Commission members,<br><br>Defendants. | Hon. Christine P. O'Hearn, U.S.D.J.<br>Hon. Matthew J. Skahill, U.S.M.J.<br><br>Civil Action No.: 1:25-cv-17770<br><br>CIVIL ACTION<br><br>**CERTIFICATE OF SERVICE** |

I, Vijayasri G. Aryama, Deputy Attorney General, of full age, do hereby certify that, on January 6, 2026, Defendants New Jersey Department of Education Commissioner Kevin Dehmer, New Jersey School Ethics Commission Chairperson Robert W. Bender, and New Jersey School Ethics Commission members Michael Carucci, Mark J. Finkelstein, Dennis Roberts, Carol E. Sabo, and Richard Tomko's

brief in opposition to Plaintiff Gail Nazarene's motion for preliminary injunction was filed with the Clerk of the United States District Court for the District of New Jersey, and a copy was served upon all counsel of record via the Case Management/Electronic Case Filing ("CM/ECF") system.

    I further certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements is willfully false, I may be subject to penalty.

Dated: January 6, 2026　　　　　　　　　　　/s/ *Vijayasri G. Aryama*
　　　　　　　　　　　　　　　　　　　　　　Vijayasri G. Aryama
　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General