

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET

P.O. BOX 112
TRENTON, N.J. 08625-0112

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Acting Attorney General*

MICHAEL C. WALTERS
*Director*

February 18, 2026

**<u>VIA ELECTRONIC FILING</u>**
Hon. Christine P. O'Hearn, U.S.D.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 6050
Camden, NJ 08101

   Re: <u>Nazarene v. Laux, et al.</u>[1]
      No. 1:25-cv-17770

Dear Judge O'Hearn:

  At the motion hearing on Plaintiff's Motion for Preliminary Injunction on February 17, 2025, Your Honor asked whether there was a statute of limitations for complainants to file a complaint alleging a violation of the Code of Ethics for School Board Members, N.J.S.A. § 18A:12-24.1. Pursuant to N.J.A.C. § 6A:28-6.5, complaints must be filed within "180 days of notice of the events that form the basis of the alleged violation(s)."

         Respectfully submitted,
         JENNIFER DAVENPORT
         ACTING ATTORNEY GENERAL OF NEW JERSEY

    By: */s/ Naima Drecker-Waxman*
       Naima Drecker-Waxman
       Deputy Attorney General
       Naima.Drecker-Waxman@njoag.gov

cc: All Counsel of Record (via electronic filing)

---

[1] Consistent with Federal Rule of Civil Procedure 25(d), the case caption has been updated to reflect the automatic substitution of Acting Commissioner of Education Lily Laux for former Commissioner of Education Kevin Dehmer.



HUGHES JUSTICE COMPLEX · TELEPHONE:  (609) 376-3100 · FAX:  (609) 943-5853
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*