**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

**GAIL NAZARENE**,

       *Plaintiff*,

   v.

**KEVIN DEHMER**, *New Jersey Department of Education Commissioner, et al.*,

       *Defendants*.

No. 1:25-cv-17770

**ORDER**

---

**O'HEARN, District Judge.**

This matter comes before the Court upon the Motion for a Preliminary Injunction ("Motion") filed by Plaintiff Gail Nazarene ("Nazarene"). (ECF No. 4). The Court heard oral argument on the Motion on February 17, 2026. For the reasons stated in the Court's corresponding Opinion,

**IT IS** on this 26th day of May, 2026,

**ORDERED** that the Motion, (ECF No. 4), is **DENIED**; and it is further

**ORDERED** that, within thirty (30) days of this Order, Nazarene shall **SHOW CAUSE** as to why the Complaint, (ECF No. 1), should not be dismissed for lack of standing; and it is finally

**ORDERED** that Defendants may file a response to Nazarene's forthcoming submission within fourteen (14) days thereafter. No further submissions will be considered by the Court.

**CHRISTINE P. O'HEARN**
**United States District Judge**