Greg Harold Greubel
   (NJ Bar No. 171622015)
James C. Grant*
   (WA Bar No. 14358)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@fire.org
jim.grant@fire.org

*Admitted pro hac vice

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GAIL NAZARENE**, | |
| *Plaintiff,* | |
| v. | Civil Action No. 1:25-cv-17770 |
| **LILY LAUX**, | |
| as New Jersey Department of | Hon. Christine P. O'Hearn |
| Education Commissioner, *et al.*, | |
| *Defendants.* | |

## JOINT REQUEST FOR EXTENSION OF DEADLINES TO FILE BRIEFS IN RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Gail Nazarene and Defendants Lily Laux, Robert W.

Bender, Michael Carucci, Mark J. Finkelstein, Dennis Roberts, Carol E.

Sabo, and Richard Tomko respectfully move this Court to issue an order

1

for extension of deadlines of submissions in response to the Court's May 26, 2026 Order to Show Cause (ECF No. 43) and state as follows:

1. On May 26, 2026, the Court ordered Nazarene to show cause within thirty (30) days of the Order as to why the case should not be dismissed for lack of standing, making Plaintiff's current deadline Thursday, June 25, 2026.

2. The same Order also permits Defendants to file a response within fourteen (14) days of Plaintiff's submission, making their current deadline July 9, 2026. (ECF No. 43).

3. The parties respectfully state that there is good cause for an extension to the current briefing schedule to accommodate the pre-planned vacation of Defendants' counsel and concurrent deadlines Plaintiff's counsel faces in other matters.

4. Specifically, Plaintiff requests one (1) additional week to submit her brief, extending the deadline to Thursday, July 2, 2026.

5. Defendants request two (2) additional weeks to submit their response to Plaintiff's submission, extending the deadline to Thursday, July 23, 2026.

6. A proposed order is submitted with this motion.

7.    No prior extension of deadlines has been sought or granted.


Respectfully submitted,


/s/ *Greg Harold Greubel*
Greg Harold Greubel
   (NJ Bar No. 171622015)
James C. Grant*
   (WA Bar No. 14358)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@fire.org
jim.grant@fire.org

*Admitted Pro Hac Vice

*Counsel for Plaintiff*

Dated: June 24, 2026