# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**GAIL NAZARENE**,

     *Plaintiff,*

  v.

**LILY LAUX**,
as New Jersey Department of
Education Commissioner, *et al.*,

     *Defendants.*

Civil Action No. 1:25-cv-17770

Hon. Christine P. O'Hearn

### ORDER GRANTING JOINT REQUEST FOR EXTENSION OF DEADLINES TO FILE BRIEFS IN RESPONSE TO SHOW CAUSE ORDER

**THIS MATTER** having been opened to the Court on the joint request of all parties for the entry of an Order extending the deadlines contained in the Court's May 26, 2026 Order to Show Cause, and for good cause shown,

**IT IS** on this __25th__ day of June, 2026, **ORDERED** that:

1. The following shall be the schedule for briefs in response to the Court's Order to Show Cause (ECF No. 43):

   a. Plaintiff shall file her brief in response on or before Thursday, July 2, 2026.

   b. Defendants shall file their response to Plaintiff's submission on or before Thursday, July 23, 2026.



CHRISTINE P. O'HEARN
United States District Judge